IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHRISTOPHER M. BUENTELLO,
    Plaintiff,

v.                                                                                                                 Civil No. 3:21cv370 (DJN)

HAROLD CLARKE, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on July 9, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) At that time, the Court admonished Plaintiff that he "must immediately advise the Court of his new address in the event that he is transferred, released, or otherwise relocated while the action is pending." (ECF No. 3, at 3.) The Court further warned Plaintiff that "**FAILURE TO DO SO WILL RESULT IN DISMISSAL OF THE ACTION.**" (*Id.*)

By Memorandum Order entered on October 4, 2021, the Court granted Plaintiff leave to proceed *in forma pauperis* and filed this action. (ECF No. 8.) On October 25, 2021, the United States Postal Service returned the October 4, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," and, "UNABLE TO FORWARD." (ECF No. 9, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address.

Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: November 8, 2021